IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Cynthia Diveglia,                           :
                    Appellant              :
                                            :
          v.                                :      No. 1821 C.D. 2016
                                            :
Commonwealth of Pennsylvania,               :
Department of Transportation,               :
Bureau of Driver Licensing                  :

## **O R D E R**

NOW, October 11, 2017, having considered appellant's application for

reargument, the application is denied.

_____
MARY HANNAH LEAVITT,
President Judge